IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:18-HC-2177-D

| | |
|---|---|
| REGINALD LAMONT USSERY, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| DONNA SMITH, ) | |
| ) | |
| Respondent. ) | |

Reginald Lamont Ussery ("Ussery" or "petitioner"), a former federal inmate proceeding pro se, filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 [D.E. 1]. On May 2, 2019, respondent moved to dismiss the petition for lack of jurisdiction [D.E. 8]. On May 3, 2019, the court notified Ussery about the motion to dismiss, the consequences of failing to respond, and the response deadline [D.E. 10]. See Roseboro v. Garrison, 528 F.2d 309, 310 (4th Cir. 1975) (per curiam). On May 21, 2019, Ussery responded in opposition to the motion to dismiss [D.E. 11]. On October 18, 2019, Ussery was released from custody. See BOP Inmate Locator, https://www.bop.gov/inmateloc/ (search by inmate number) (last visited Jan. 10, 2020). Ussery has not provided the court with his new address.

The court DISMISSES the action without prejudice for Ussery's failure to advise the court of his new address. The clerk shall close the case.

SO ORDERED. This 14 day of January 2020.

JAMES C. DEVER III
United States District Judge